Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Titan Industries USA, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 3 – 4 2 0 0 1 5 1 | |
| **4. Debtor's address** | **Principal place of business** Jesus Meza 16011 Bob Hope Number  Street El Paso, TX 79928 City  State  ZIP Code El Paso County | **Mailing address, if different from principal place of business** Jesus Meza 12744 Linstead Ave Number  Street El Paso, TX 79928-5937 City  State  ZIP Code **Location of principal assets, if different from principal place of business** Number  Street City  State  ZIP Code |
| **5. Debtor's website (URL)** | www.titanindustriesusa.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor __Titan Industries USA, LLC_____ Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
__4__ __8__ __4__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY
         District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                                        MM / DD / YYYY
         Case number, if known _____

Official Form 201                      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                      page **2**

Debtor **Titan Industries USA, LLC**     Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>     Number    Street<br>_____<br>City      State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   Titan Industries USA, LLC _____   Case number (if known) _____
         Name

16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/09/2025
             MM/ DD/ YYYY

X _____       Jesus Meza
Signature of authorized representative of debtor    Printed name

Title    Managing Member

18. Signature of attorney

X _____       Date   7/9/2025
Signature of attorney for debtor              MM/ DD/ YYYY

James Jopling
Printed name

Jim K. Jopling, Attorney at Law
Firm name

521 Texas Avenue
Number    Street

El Paso                              TX         79901
City                                 State      ZIP Code

(915) 541-6099                       jim@joplinglaw.com
Contact phone                        Email address

00796849                             TX
Bar number                           State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# UNANIMOUS CONSENT OF THE SHAREHOLDERS OF
# TITAN INDUSTRIES USA, LLC

The undersigned being the sole shareholder of Titan Industries USA, LLC ("this corporation"), acting without a meeting pursuant to section 6.201 of the Business Organization Code of the State of Texas, do hereby unanimously adopt the following resolutions with the same force and effect as if they had been adopted at a duly called regular meeting of the Shareholders of Titan Industries, LLC. Be it:

> RESOLVED, that in view of the adverse financial condition of this corporation, this corporation shall file a reorganization bankruptcy proceeding under Chapter 11 of the United States Bankruptcy Code;

> FURTHER RESOLVED, that this corporation shall retain the services of James "Jim" K. Jopling to serve as its attorney in the bankruptcy case.

EXECUTED as of the 9th day of July, 2025.

_____
Jesus Meza
Managing Member
Titan Industries USA, LLC

Fill in this information to identify the case:

Debtor name: **Titan Industries USA, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Commercial Credit Group, Inc. 525 N Tryon St Ste 1000 Charlotte, NC 28202-0210 | | Purchase money | | $1,045,052.00 | $1,150,305.00 | $621,302.00 |
| 2 | Commercial Credit Group, Inc. 525 N Tryon St Ste 1000 Charlotte, NC 28202-0210 | | Purchase money | | $1,023,669.00 | $1,163,355.00 | $553,463.00 |
| 3 | Commercial Credit Group, Inc. 525 N Tryon St Ste 1000 Charlotte, NC 28202-0210 | | Purchase money | | $1,023,669.00 | $1,235,030.00 | $515,194.00 |
| 4 | Commercial Credit Group, Inc. 525 N Tryon St Ste 1000 Charlotte, NC 28202-0210 | | Purchase money | | $1,032,912.00 | $1,371,530.00 | $387,937.00 |
| 5 | VFS US LLC PO Box 26131 Greensboro, NC 27402-6131 | | Deficiency claim after surrender of collateral | Unliquidated | | | $272,388.00 |
| 6 | Fox Funding Group, LLC 803 S 21st Avenue Hollywood, FL 33020 | | Merchant loan against receivables | | $170,000.00 | $726,555.00 | $170,000.00 |
| 7 | WebBank / Intuit PO Box 842978 Dallas, TX 75284-2978 | | Unsecured business loan | | | | $98,000.00 |
| 8 | Commercial Credit Group, Inc. 525 N Tryon St Ste 1000 Charlotte, NC 28202-0210 | | Purchase money | | $130,536.00 | $782,454.50 | $74,636.50 |

Debtor **Titan Industries USA, LLC** Case number *(if known)*
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | SQ Advance<br>7901 4th Street N 300<br>Saint Petersburg, FL 33702 | | Merchant loan against receivables | | $60,000.00 | $726,555.00 | $60,000.00 |
| 10 | Commercial Credit Group, Inc.<br>525 N Tryon St Ste 1000<br>Charlotte, NC 28202-0210 | | Purchase money | | $99,120.00 | $775,405.00 | $50,270.00 |
| 11 | Overton Funding, LLC<br>2802 N 29th Ave<br>Hollywood, FL 33020 | | Merchant loan against receivables | | $40,000.00 | $726,555.00 | $40,000.00 |
| 12 | EBF Holdings, LLC d/b/a Everest Business Funding<br>102 W 38th Street, 6th Floor<br>New York, NY 10018 | | Merchant loan against receivables | | $37,000.00 | $726,555.00 | $37,000.00 |
| 13 | Revenued, LLC<br>55 Almeria Ave # 2<br>Coral Gables, FL 33134-6118 | | Merchant loan against receivables | | $25,000.00 | $726,555.00 | $25,000.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

## STATEMENT

Titan Industries USA, LLC, Petitioner, is qualified to file this Petition and is entitled to the benefits of Title 11, United States Code, as a voluntary debtor, having not been a debtor in a case pending under this Title at any time in the preceding 180 days in which the case was dismissed by the Court for willful failure to abide by orders of the Court, or to appear before the Court in the proper prosecution of the case, or in a case where the voluntary dismissal of the case was requested and obtained following the filing of a request for relief from the automatic stay provided by section 362 of Title 11, United States Code.

Titan Industries USA, LLC

By Jesus Meza,
Its Managing Member

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**NOTICE REGARDING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This is an emergency filing. Schedules and a Statement of Financial Affairs will be filed within 14 days of the filing of the Emergency Voluntary Petition, or until such other time as may be ordered by the Court.

/s/ Jim K. Jopling
Jim K. Jopling
Texas Bar No. 00796849
Attorney for Debtor

Altus Receivables Management
2121 Airline Dr Ste 520
Metairie, LA 70001-5987

Amur Equipment Finance Inc.
PO Box 2555
Grand Island, NE 68801

Commercial Credit Group, Inc.
525 N Tryon St Ste 1000
Charlotte, NC 28202-0210

Commercial Funding, Inc.
170 S Main St 700
Salt Lake City, UT 84101

EBF Holdings, LLC d/b/a Everest Business Funding
102 W 38th Street, 6th Floor
New York, NY 10018

El Paso Tax Assessor-Collector
PO Box 2992
El Paso, TX 79999

Fox Funding Group, LLC
803 S 21st Avenue
Hollywood, FL 33020

Freedom Sky El Paso LLC
Gabriel Chavez
16011 Bob Hope
El Paso, TX 79928

General Motors Financial Company, Inc.
801 Cherry St Ste 3600
Fort Worth, TX 76102-6855

Internal Revenue Service
Centralized Insolvency Service
Po Box 7346
Philadelphia, PA 19101-7346

Jim K. Jopling, Attorney at Law
521 Texas Avenue
El Paso, TX 79901

Love's Travel Stops
10601 N Pennsylvania Ave
Oklahoma City, OK 73120-4108

Jesus Meza
12744 Linstead Ave
El Paso, TX 79928-5937

Overton Funding, LLC
2802 N 29th Ave
Hollywood, FL 33020

Revenued, LLC
55 Almeria Ave # 2
Coral Gables, FL 33134-6118

Small Business Administration
Little Rock Commercial Loan Servicing Center
2120 Riverfront Drive 100
Little Rock, AR 72202

SQ Advance
7901 4th Street N 300
Saint Petersburg, FL 33702

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Div
101 E 15th St
Austin, TX 78778

Titan Industries USA, LLC
Jesus Meza
16011 Bob Hope
El Paso, TX 79928

United States Attorney General
Dept of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0009

United States Dept of Justice
U.S. Attorney, Civil Process Clerk
601 NW Loop 410 600
San Antonio, TX 78216

United States Trustee's Office
615 E Houston St Ste 533
San Antonio, TX 78205-2055

VFS US LLC
PO Box 26131
Greensboro, NC 27402-6131

WebBank / Intuit
PO Box 842978
Dallas, TX 75284-2978

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: Titan Industries USA, LLC

CASE NO

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 07/09/25   Signature _____

Jesus Meza, Managing Member